AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means      ☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Thirteen United States Postal Service Priority Mail Express parcels currently secured at the USPIS Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California | Case No. 5:22-MJ-00671 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    October 26, 2022 at 1:39 p.m.          *[signature]*
                                                                  *Judge's signature*

City and state:    Riverside, CA                                  Honorable Kenly Kiya Kato, Magistrate Judge
                                                                  *Printed name and title*

AUSA: Mitchell Suliman (951-276-6026)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.: <br> 5:22-MJ-00671 | Date and time warrant executed: <br> 10/28/22 / 10:02 a.m. | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br>     USPIS TFO D. Thompson |||

Inventory of the property taken and name of any person(s) seized:

9570 1130 1561 2293 6441 59
Nothing seized

9570 1117 8104 2293 8143 99
$1,500 USC
Parcel wrappings

9570 1143 7276 2293 4629 07
$8,000 USC
Parcel wrappings

9570 1123 3156 2293 3233 26
$1,450 USC
Parcel wrappings

9570 1158 8946 2291 8871 47
Nothing seized

9570 1121 1993 2291 7612 44
Nothing seized

9570 1143 6747 2291 6242 59
Nothing seized

9570 1143 9218 2290 9849 52
$1,300 USC
Parcel wrappings

9570 1150 2288 2294 7000 46
$1,000 USC
Parcel wrappings

9570 1143 9218 2290 9851 02
$2,450 USC
Parcel wrappings

9581 7158 6008 2297 8858 81
$1,350 USC
Parcel wrappings

9570 1143 7768 2297 9241 55
$2,550 USC
Parcel wrappings

9470 1111 0546 8823 3981 03
$1,000 USC
Parcel wrappings

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/22

*Z. Sumpter*
*Executing officer's signature*

USPIS TFO Z. Sumpter
*Printed name and title*